**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 19, 2007

# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT

**To:**   Cotton States Mutual Insurance Company

**From:**   Clerk's Office

**Case Style:**  Cotton States Mutual Insurance Company v. Robert Stanley Daniel
**Case Number:**   3:07-cv-843-WKW

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

   **No corporate/conflict disclosure statement has been filed by the plaintiff in this action.**

**This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.**