| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Suzanne Daniel*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Suzanne Daniel   C. Date of Delivery: 9/20/07 |
| 1. Article Addressed to:<br><br>Robert Stanley Daniel<br>2509 County Road 87<br>Roanoke, Alabama 36274<br><br>07cv843-WKW SRC | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>[ROANOKE AL USPS SEP postmark]<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2890 0002 8270 5994 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |