IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY )  )  ) | |
| PLAINTIFF ) | CASE NO. |
| VS. ) | 3-07-CV-843-WKW |
| ROBERT STANLEY DANIEL ) | |
| DEFENDANT ) | |

## ANSWER

Comes now Defendant in the above-styled case and for answer to the Complaint heretofore filed would state as follows:

1. The allegations of Paragraphs One, Two, Three, Four, Five, Six, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Twenty-eight, Twenty-nine, Thirty, Thirty-one, Thirty-two, Thirty-three, Thirty-four, Thirty-five and Thirty-six are admitted.

2. The remaining allegations of the Complaint are denied and the Defendant demands strict proof of the same.

3. For further answer to the Complaint, Defendant herein would state that coverage exists for the allegations of the Complaint and the Plaintiff in the

underlying suit pending in Randolph County has alleged facts that bring coverage into play under the policy in question and which allege matters for which the policy in question provides coverage.

    4.    Defendant would further state that he is owed a duty to defend the allegations of the Complaint irrespective of whether it is determined that there might not be indemnity to protect against any judgment entered against him.

s/ John A. Tinney_____
John A. Tinney
Attorney for Defendant
Post Office Box 1430
739 Main Street
Roanoke, Alabama  36274
Phone:  (334) 863-8945
Fax:  (334) 863-7114

CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jannea S. Rogers
    Adams & Reese
    Post Office Box 1348
    Mobile, Alabama  36633-1348

      I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    (NONE)

                             Respectfully submitted,

                             s/ John A. Tinney_____
                             John A. Tinney
                             Attorney for Defendant
                             Post Office Box 1430
                             739 Main Street
                             Roanoke, Alabama  36274
                             Phone:  (334) 863-8945
                             Fax:  (334) 863-7114