IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY | ) ) ) | |
| PLAINTIFF | ) | CASE NO. |
| VS. | ) | 3-07-CV-843-WKW |
| ROBERT STANLEY DANIEL | ) | |
| DEFENDANT | ) | |

## CONFLICT DISCLOSURE STATEMENT

Comes now Defendant Robert Stanley Daniel and in accordance with the Order of this Court makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual so there is no disclosure required.

Respectfully submitted this the 17th day of October, 2007.

                                                    s/John A. Tinney
                                                  John A. Tinney       TIN005
                                                  Attorney for Plaintiff
                                                  Post Office Box 1430
                                                  Roanoke, Alabama  36274
                                                  334-863-8945

CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jannea S. Rogers
    Adams & Reese
    Post Office Box 1348
    Mobile, Alabama  36633-1348

      I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    (NONE)

                                      Respectfully submitted,

                                      s/ John A. Tinney_____
                                      John A. Tinney
                                      Attorney for Defendant
                                      Post Office Box 1430
                                      739 Main Street
                                      Roanoke, Alabama  36274
                                      Phone:  (334) 863-8945
                                      Fax:  (334) 863-7114