**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | * | |
|     Plaintiff, | * | |
| v. | * | CASE NO  07cv-843 |
| ROBERT STANLEY DANIEL, | * | |
|     Defendant. | * | |

**DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4**

Pursuant to local Rule 3.4 the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Cotton States Mutual Insurance Company, in the above captioned action, certifies there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.  Cotton States Mutual Insurance Company is a mutual insurer and is not a publicly traded company.  Further, no publicly traded company is an owner of Cotton States, nor are there any parent companies to Cotton States Mutual Insurance Company.

                                                                                   s/ JANNEA S. ROGERS
                                                                                  Jannea S. Rogers
                                                                                  Adams and Reese, LLp
                                                                                  11 N. Water Street
                                                                                  Suite 23200
                                                                                  Mobile, Alabama  36602
                                                                                  251.433.3234
                                                                                  251.438-7733- Fax
                                                                                  jannea.rogers@arlaw.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this the 22th day of October 2007 electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

John A. Tinney, Esq.
P. O. Box 1430
Roanoke, Alabama  36274

/s/ JANNEA S. ROGERS
OF COUNSEL