IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. -07-843 |
| | * | |
| ROBERT STANLEY DANIEL, | | |
| Defendant. | * | |

### **NOTICE OF APPEARANCE OF CO-COUNSEL**

COMES NOW the firm of Adams and Reese LLP and William P. Blanton and hereby files his Notice of Appearance of Counsel on behalf of Plaintiff Cotton States Mutual Insurance Company in this matter, and request that all pleadings be forwarded as appropriate.

> /s/ WILIAM P. BLANTON
> Jannea S. Rogers (rogej7403)
> William P. Blanton (blan5046)
> Adams and Reese LLP
> Post Office Box 1348
> Mobile, Alabama 36633
> 251.433.3234
> 251.438.7733 - facsimile
> jannea.rogers@arlaw.com
> billy.blanton@arlaw.com
> Attorneys for Plaintiff Cotton
> States Mutual Insurance
> Company

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this the 22nd day of January, 2008 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

John A. Tinney, Esq.
P. O. Box 1430
Roanoke, Alabama  36274

                                                /s/ William P. Blanton
                                                OF COUNSEL