IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ROBERT STANLEY DANIEL, ) ) Defendant. ) | CASE NO. 3:07-cv-843-WKW |

## **ORDER**

By Order dated November 13, 2007 (Doc. # 12), the parties were ordered to conduct their face-to-face settlement conference by March 25, 2008. The Uniform Scheduling Order requires counsel for the plaintiff to file with the court the "Notice Concerning Settlement Conference and Mediation" within five days of the date of the settlement conference. There having been no notice filed, it is hereby ORDERED that the counsel for the plaintiff **on or before May 2, 2008**, shall either file the notice or show cause in writing why counsel has failed to comply with the court's order.

DONE this 28th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE