IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT STANLEY DANIEL, )<br>)<br>Defendant. ) | CASE NO. 3:07-cv-843-WKW |

## ORDER

Having complied with the court's April 28, 2008 Order, the parties jointly filed a Motion to Extend Discovery and Dispositive Motion Deadlines (Doc. # 16). Because such an extension would not leave the court sufficient time to resolve a dispositive motion prior to the final pretrial conference, the court is not inclined to grant the extension. On the other hand, resolution of this matter short of a full trial promotes judicial economy. Therefore, it is ORDERED that the motion is GRANTED and the Uniform Scheduling Order (Doc. # 12) is AMENDED as follows:

The trial is continued from June 30, 3008, to **December 15, 2008,** and the pretrial conference is continued from June 2, 2008, to **November 7, 2008;**

The deadline for Rule 26(a)(3) compliance (as referenced in Sections 9, 10, and 11 of the Uniform Scheduling Order) is continued from May 21, 2008, to **October 10, 2008;**

The deadline for conducting a face-to-face settlement conference is continued from March 25, 2008, to **July 14, 2008,** and the notice shall be filed within five days of the conference;

The dispositive motions deadline is continued from March 4, 2008, to **June 30, 2008;** and

The discovery deadline is continued from March 30, 3008, to **June 1, 2008.**

No further extensions will be granted without good cause shown.

DONE this 7th day of May, 2008.

                                      /s/  W. Keith Watkins
                            UNITED STATES DISTRICT JUDGE