IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL<br>INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT STANLEY DANIEL<br><br>    Defendant. | *<br>*<br>*    Civil Action No.: 07-CV-843<br>*<br>* |

**MOTION FOR SUMMARY JUDGMENT**

Plaintiff Cotton States Mutual Insurance Company ("Cotton States") moves this Court to enter a summary judgment in its favor pursuant to Rule 56 of the Federal Rules of Civil Procedure, and to make the judgment final pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Plaintiff Cotton States avers that there is no genuine issue as to any material fact and that Plaintiff is entitled to judgment as a matter of law.

In support of this motion, Plaintiff relies on the following:

1. The pleadings;

2. Plaintiff's Brief in Support of Summary Judgment;

3. Cotton State's Policy; and

4. Complaint filed by BY, a Minor, by and through her Next Friend and Mother, Paula Yates, against Defendant Stanley Daniels in the Circuit Court of Randolph County, Alabama.

WHEREFORE, Plaintiff moves the Court to enter a judgment in its favor that it owes neither defense nor indemnity to Defendant Daniel in the Yates lawsuit.

/s/ William P. Blanton
JANNEA S. ROGERS
WILLIAM P. BLANTON
11 N. Water Street
Suite 23200
Mobile, Alabama  36602
jannea.rogers@arlaw.com
billy.blanton@arlaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this the 22nd day of May, 2008 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

John A. Tinney, Esq.
P. O. Box 1430
Roanoke, Alabama  36274

/s/ William P. Blanton
OF COUNSEL