IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:07-cv-843-WKW |
| ROBERT STANLEY DANIEL, | ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff filed a Motion for Summary Judgment (Doc. # 18) on May 22, 2008. The Briefing Order (Doc. # 13) in this case specifies that the response brief and evidentiary submission are "**due 21 days after the date the motion is filed.**" Notwithstanding this order, the defendant has failed to file a response to the summary judgment motion. Therefore, it is ORDERED that the defendant shall show cause **on or before July 7, 2008,** as to why he has failed to respond to the plaintiff's Motion for Summary Judgment and as to why said motion should not be granted.

DONE this 2nd day of July, 2008.

                                                              /s/  W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE