IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:07-cv-843-WKW |
| ROBERT STANLEY DANIEL, | ) ) | |
| Defendant. | ) | |

## ORDER

The court construes the defendant's Response (Doc. # 21) as containing a motion for an extension to file a response to summary judgment. It is ORDERED that said motion is GRANTED. The clerk is DIRECTED to docket the attachment to the defendant's Response accordingly. The plaintiff may file a response brief **on or before July 22, 2008.**

DONE this 8th day of July, 2008.

    /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE