IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 3:07-cv-843 |
| | * | |
| ROBERT STANLEY DANIEL, Defendant. | * | |

## NOTICE OF SUBSITUTION OF COUNSEL

COMES NOW the undersigned and gives notice to this Honorable Court of a substitution of counsel for Cotton States Mutual Insurance Company (hereinafter referred to as "Cotton States"). William P. Blanton of Adams and Reese LLP will no longer represent Cotton States in this matter. Cotton States's representation will now be handled by Eric Cromwell of Adams and Reese LLP.

Respectfully submitted,

/s/Eric B. Cromwell, II
JANNEA S. ROGERS (ROG024)
ERIC B. CROMWELL, II(CRO078)
Adams and Reese LLP
Post Office Box 1348 (36633)
11 N. Water Street, Ste 23200
Mobile, Alabama  36602
251.433.3234
251.438.7733  facsimile
jannea.rogers@arlaw.com
eric.cromwell@arlaw.com
Attorneys for Plaintiff Cotton States Mutual Insurance Company

CERTIFICATE OF SERVICE

      I do hereby certify that I have on this the 22nd day of July, 2008 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

John A. Tinney, Esq.
P. O. Box 1430
Roanoke, Alabama  36274

    /s/ Eric Cromwell
    OF COUNSEL