IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | Civil Action No. 3:07-cv-843-WKW |
| v. | * |
| ROBERT STANLEY DANIEL | * |
| Defendant. | * |

**NOTICE OF COMPLIANCE
TO
THE SCHEDULING ORDER**

COMES NOW the Plaintiff, Cotton States Mutual Insurance Company, by and through its undersigned counsel, and on behalf of the Defendant, Robert Stanley Daniel, and respectfully submits this their Notice of Compliance with the Court's Scheduling Order, as extended ("Scheduling Order").

The Scheduling Order required the Plaintiff and the Defendant to conduct a face to face settlement conference on or before July 17, 2008. A specific meeting was held between Eric B. Cromwell, II, counsel for the Plaintiff, and John A. Tinney, counsel for the Defendant, to discuss settlement. Messrs. Cromwell and Tinney agreed that given the nature of this action and the Plaintiff's pending Motion for Summary Judgment, settlement is not possible and not appropriate at this juncture. They agreed however to meet again, if necessary, to discuss the possibility of settlement after the Court rules on the Motion for Summary Judgment.

Additionally, the Docket Summary sheet shows a description requiring a Notice of Mediation deadline by Saturday, July 19, 2008. But the actual Court Order to which it refers makes to reference to such deadline. Nevertheless, Messrs. Cromwell and Tinney respectfully submit mediation is an unnecessary expense at this time given the position of the parties.

                                            Respectfully submitted,

                                            /s/ ERIC B. CROMWELL, II
JANNEA S. ROGERS
ERIC B. CROMWELL, II
Adams and Reese LLP
11 N. Water Street, Ste 23200
Mobile, Alabama 36602
251.433.3234
251.438.7733 facsimile
jannea.rogers@arlaw.com
eric.cromwell@arlaw.com

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 22nd day of May, 2008 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

John A. Tinney, Esq.
P. O. Box 1430
Roanoke, Alabama 36274

                                            /s/ Eric B. Cromwell, II
OF COUNSEL